1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7   RITA RAE CLARK,                        )
                                          )
8             Plaintiff,                  )
                                          )   NO.  CV-10-033 -CI
9        v.                               )
                                          )
10  MICHAEL J. ASTRUE,                     )   **JUDGMENT IN A**
    Commissioner of Social Security,      )   **CIVIL CASE**
11                                         )
              Defendant.                  )
12  _____   )

13       **DECISION BY THE COURT:**

14       This action came to hearing before the Court.  The issues have been heard and a decision

15  has been rendered.

16       **IT IS ORDERED AND ADJUDGED** that:

17       Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the

18  Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g).  Defendant's Motion

19  for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

20       DATED:  May 10, 2011

21
                                    JAMES R. LARSEN
22                                   District Court Executive/Clerk

23                                   s/ L. Stejskal
                                    Deputy Clerk
24

25

26

27

28